

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00787-CV

Mary **HINOJOSA** and All Occupants of 630 Alta Sita Street, San Antonio, Texas 78237,
Appellants

v.

### FINANCE OF AMERICA REVERSE, LLC,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2019CV05604
Honorable David J. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, we AFFIRM the county court at law's judgment and its Order on Supersedeas Bond. We ORDER that no costs shall be assessed against Appellants in relation to this appeal because they are indigent.

SIGNED March 31, 2021.

_____
Luz Elena D. Chapa, Justice